JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Blizzard Entertainment, Inc., a Delaware corporation, | CASE NO. 8:17-cv-01001-JVS-DFM |
| Plaintiff, | Honorable James V. Selna |
| | **JUDGMENT** |
| v. | |
| Blizzard Sports Center, Inc., a California corporation, Blizzard Volleyball Inc., a California corporation, and Does 1 through 10, inclusive, | |
| Defendants. | |

AND RELATED COUNTERCLAIM.

Mitchell
Silberberg &
Knupp LLP

B351882.1

The Court has read and considered the Motion For Entry of Default Judgment Against Defendants Blizzard Sports Center, Inc. and Blizzard Volleyball Inc. (collectively the "BSC Defendants") by Plaintiff and Counter-Defendant Blizzard Entertainment, Inc. ("Blizzard").

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.     The BSC Defendants, and all entities under their control, as well as their licensees, partners, assigns, related entities, predecessors, successors, employees, representatives, trustees, receivers, agents, and any other persons or entities acting on behalf of the BSC Defendants or with the BSC Defendants' authority are immediately and permanently enjoined from any and all of the following activities:

(a)     using, selling, offering for sale, holding for sale, advertising or promoting any goods or services under or in connection with any trade name, trademark, service mark, or other designation of origin that is comprised in whole or in part of Blizzard's common law trademarks in the "Blizzard" name and logo or Blizzard's federally registered trademarks, including U.S. Patent and Trademark Office Registration Numbers 2,410,749; 2,548,929; 2,433,353; 2,440,620; 2,492,072; 2,490,187; 1,993,894; 2,490,188; 2,494,000; 3,532,348; and 2,410,748 (Blizzard's common law and federally registered trademarks herein are referred to collectively as the "BLIZZARD Marks"), or any terms, designs or styles confusingly similar thereto, including but not limited to the phrases "BLIZZARD SPORTS CENTER," "BLIZZARD VOLLEYBALL," "BLIZZARD YOUTH," and "BLIZZARD JUNIORS"; or

(b)     doing any act or thing that is likely to induce the belief that the BSC Defendants' goods, services, or activities are in some way connected

with Blizzard and/or Blizzard's business, or that is likely to injure or damage Blizzard or its BLIZZARD Marks.

2.  Judgment is hereby entered in favor of Blizzard, and against Defendants Blizzard Sports Center, Inc. and Blizzard Volleyball Inc., in the sum of $87,992.06, which constitutes Blizzard's reasonable attorneys' fees.

3.  Blizzard is awarded its costs, to be subsequently determined by an Application to Tax Costs, pursuant to Local Rules 54-2 and 54-3.

Dated: November 13, 2018

_____

The Honorable James V. Selna
United States District Judge

Mitchell
Silberberg &
Knupp LLP

B351882.1